**The People of the State of Illinois, defendant in error, v. Albert Denemark, plaintiff in error. Gen. No. 29,070.**

Conviction of acting as real estate broker while without certificate of registration. Error to the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed June 27, 1924.

Charles J. Michal, for plaintiff in error; Edward H. Morris, of counsel. Robert E. Crowe, State's Attorney, for defendant in er-

ror; Henry T. Chace, Jr. and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Barnes delivered the opinion of the court.